BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States




IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-01399-LKK-EFB |
| Plaintiff, | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |
| v. | |
| APPROXIMATELY $400,720.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $294,967.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $3,073.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $399,940.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $200,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on July 12, 2013, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $400,720.00 in U.S. Currency, Approximately $294,967.00 in U.S. Currency, Approximately $3,073.00 in U.S. Currency, Approximately $399,940.00 in U.S. Currency, and Approximately $200,000.00 in U.S. Currency

1

1  (hereafter "defendant currency") are subject to forfeiture to the United States pursuant to
2  21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.* ;
3      And, the Court being satisfied that, based on the Verified Complaint for Forfeiture
4  *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Chase Cook,
5  there is probable cause to believe that the defendant currency so described constitutes
6  property that is subject to forfeiture for such violation(s), and that grounds for the
7  issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
8  the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;
9      IT IS HEREBY ORDERED that the Clerk for the United States District Court,
10 Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the
11 defendant currency.
12 Dated: July 15, 2013

KENDALL J. NEWMAN
United States Magistrate Judge