1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | 2:13-CV-01399-LKK-EFB |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | FINAL JUDGMENT OF FORFEITURE |
| 14 | APPROXIMATELY $400,720.00 IN U.S. CURRENCY, | |
| 15 | | |
| 16 | APPROXIMATELY $294,967.00 IN U.S. CURRENCY, | |
| 17 | APPROXIMATELY $3,073.00 IN U.S. CURRENCY, | |
| 18 | | |
| 19 | APPROXIMATELY $399,940.00 IN U.S. CURRENCY, and | |
| 20 | | |
| 21 | APPROXIMATELY $200,000.00 IN U.S. CURRENCY, | |
| 22 | | |
| 23 | Defendants. | |

24      Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court

25 finds:

26      1.   This is a civil forfeiture action against defendants Approximately $400,720.00

27 in U.S. Currency, Approximately $294,967.00 in U.S. Currency, Approximately $3,073.00

28 in U.S. Currency, Approximately $399,940.00 in U.S. Currency, and Approximately

1  $200,000.00 in U.S. Currency (hereafter "defendant currency") seized on or about October 2  27, 2010.

3   2.  The United States and potential claimant Lonnie Terrell entered into several 4  Stipulations and Orders extending the United States' time to file a complaint in Case No. 5  2:11-MC-00021-LKK-KJN.  The last Order was entered on June 21, 2013, and it extended 6  the time to file the complaint to August 9, 2013.

7   3.  A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on July 8  12, 2013, alleging that said defendant currency is subject to forfeiture to the United States 9  pursuant to 21 U.S.C. § 881(a)(6).

10   4.  On July 15, 2013, the Clerk issued a Warrant for Arrest for the defendant 11  currency, and that warrant was duly executed on July 22 and August 9, 2013.

12   5.  Beginning on July 18, 2013, for at least thirty consecutive days, the United 13  States published Notice of the Forfeiture Action on the official internet government 14  forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on August 26, 15  2013.

16   6.  On November 27, 2012 pursuant to a Stipulation for Consent Judgment of 17  Forfeiture, potential claimant Jeremy Terrell agreed to forfeit all of his right, title, and 18  interest in the defendant Approximately $399,940.00 in U.S. Currency, plus any accrued 19  interest, to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of 20  according to law.  That Stipulation is attached and incorporated as Exhibit A to the 21  Request for Final Judgment of Forfeiture filed herein.

22   7.  On June 4 and 5, 2013 pursuant to a Stipulation for Consent Judgment of 23  Forfeiture, potential claimants Lonnie Terrell, Ruth Jimenez, John Crane, and Sue 24  Crane agreed to forfeit all of their right, title, and interest in the following defendant 25  currency, plus any accrued interest, to the United States pursuant to 21 U.S.C. § 26  881(a)(6), to be disposed of according to law:

27       a.  Approximately $400,720.00 in U.S. Currency,
         b.  Approximately $294,967.00 in U.S. Currency,
28       c.  Approximately $3,073.00 in U.S. Currency,

    d. Approximately $399,940.00 in U.S. Currency, and
    e. Approximately $200,000 in U.S. Currency.

That Stipulation is attached and incorporated as Exhibit B to the Request for Final Judgment of Forfeiture filed herein.

  Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

  1. That judgment is hereby entered against potential claimants Lonnie Terrell, Ruth Jimenez, John Crane, Sue Crane, and Jeremy Terrell and all other potential claimants who have not filed claims in this action.

  2. All right, title, and interest of Lonnie Terrell, Ruth Jimenez, John Crane, Sue Crane, and Jeremy Terrell in the following defendant currency, plus any accrued interest, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law:

    a. Approximately $400,720.00 in U.S. Currency,
    b. Approximately $294,967.00 in U.S. Currency,
    c. Approximately $3,073.00 in U.S. Currency,
    d. Approximately $399,940.00 in U.S. Currency, and
    e. Approximately $200,000 in U.S. Currency.

  3. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The potential claimants waived the provisions of California Civil Code § 1542.

  4. All parties are to bear their own costs and attorneys' fees.

  SO ORDERED THIS 25th day of September, 2013.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

Final Judgment of Forfeiture